■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD SOTO, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 24, 1982, unanimously affirmed. Application by appellant's counsel to be relieved denied. No opinion. Concur — Sandler, J. P., Sullivan, Carro, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY BELMAR, Appellant. — Judgment, Supreme Court, New York County (Michael Dontzin, J.), rendered on March 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Carro, Milonas and Kassal, JJ.